## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

SHANNON L. CLARK,

       Plaintiff,

vs.                                     CASE NO. 5:08cv186/RS-WCS

WALTER A. McNEIL, Secretary of
Department of Corrections,
           Defendant.
_____/

## ORDER

Before me are the Magistrate Judges Report and Recommendation (Doc. 27) and Plaintiff's Affidavit (Doc. 28), which shall be construed as objections. I have considered Plaintiff's affidavit *de novo*.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    Plaintiff's Motion For Preliminary Injunction And Restraining Order (Doc. 2) is **denied**.

3.    This case is remanded for further proceedings, including review of Plaintiff's Amended Complaint.

**ORDERED** on November 20, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**