**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SHANNON L. CLARK,

    Plaintiff,

vs.                                   CASE NO. 5:08cv186/RS-WCS

MAJOR REGGIE PATRICK;
WALTER McNEIL; and WARDEN
JOHN DOE,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Second Report and Recommendation (Doc. 42) and Plaintiff's Specific Objection (Doc. 43). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Second Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion to Provide Certain Records for Inspection (Doc. 39) is denied as moot.

3. Plaintiff's Supplemental Emergency Motion for Preliminary Injunction (Doc. 40) is denied.

4. Plaintiff's Third Amended Complaint (Doc. 41) is denied pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

5. The clerk is directed to close the file.

**ORDERED** on April 15, 2009.

                                         <u>/S/ Richard Smoak</u>
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**